UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT FILED NOV 03 2005 S.D. OF N.Y.*

JOSE SEMORILE, JR.,

**MEMO ENDORSED**

Plaintiff,

Case No. 05 CV 7261

-against-

CITY OF NEW YORK, SERVICE EMPLOYEE INTERNATIONAL UNION LOCAL 300 AFL-CIO, DAVID TWEEDY, individually and in his official Capacity as Acting Commissioner of the NYC DEP, EDWARD WELCH, individually and in his official Capacity as Chief of the NYC DEP Police Department, FRANK MILAZZO, individually and in his official Capacity as Captain of the NYC DEP Police Department, And JAMES GOLDEN, individually,

**NOTICE OF MOTION**

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/6/06*

Defendants.

**PLEASE TAKE NOTICE**, that Defendants, SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 300 AFL-CIO (LOCAL 300) and JAMES GOLDEN (Golden), will move this Court at the United States Courthouse at 500 Pearl Street, New York, NY 10007, for an order, pursuant to Local Civil Rule 1.4 allowing substitution of Mirkin & Gordon, P.C., attorneys for Defendants SEIU Local 300 and JAMES GOLDEN by Addabbo & Greenberg by Todd D. Greenberg, for the reasons set forth in the accompanying Affirmations.

Responsive papers shall be filed with this Court and personally served upon the undersigned no later than five (5) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of the Civil Procedure

SO ORDERED

LEWIS A. KAPLAN, USDJ
9/1/06

and indicate the entity submitting the response, nature of the response and basis of the response.

Dated: Great Neck, NY
November 1, 2005

                                                Respectfully submitted,

                                                Todd D. Greenberg, Esq. (TG4949)
                                                ADDABBO & GREENBERG
                                                Attorneys for Defendants SEIU Local 300
                                                and James Golden
                                                118-21 Queens Blvd. Suite 306
                                                Forest Hills, NY 11375
                                                Tel. No. 718-268-0400

TO:    Cronin & Byczek, LLP
        Attorneys for Plaintiff
        Attn. Christina A. Leonard
        1981 Marcus Avenue Ste 227
        Lake Success, NY 11042
        Tel. No. 516-358-1700

        NYC Law Department
        Labor & Employment Law Division
        Attn. Rippi Gill, Esq.
        100 Church Street
        New York, NY 10007
        Tel. No. 212-788-0895

        Mirkin & Gordon, P.C.
        Attn. Joel Spivak, Esq.
        Attorneys for Defendants SEIU Local 300
        and James Golden
        98 Cutter Mill Road Suite 310N
        Great Neck, NY 11021
        Tel. No. 516-466-6030